# Third District Court of Appeal

## State of Florida

Opinion filed November 18, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-1600
Lower Tribunal No. 10-63310
_____

**The Bank of New York Mellon Trust Co., etc.,**
Appellant,

vs.

**Joanna Parker,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Sarah I. Zabel, Judge.

Timothy D. Padgett and Preston C. Davis (Tallahassee), for appellant.

Alan C. Gold and James I. Parado, for appellee.

Before SUAREZ, C.J., and EMAS and FERNANDEZ, JJ.

PER CURIAM.

Appellant Bank of New York Mellon Trust Company, N.A. appeals entry of

an Amended Final Judgment after bench trial in favor of Appellee Joanna Jayne

Parker on its claim of foreclosure of a home equity line of credit and on Appellee's counterclaims of slander of credit, fraud, accounting and breach of contract.

We affirm judgment in favor of Appellee on the Complaint, but reverse the judgment on Appellee's Counterclaims. Appellee presented no competent substantial evidence in support of her Counterclaims and the ruling in her favor on the claims was thus in error.

Affirmed in part and reversed in part.